IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** King, Donna Marie | Case Number: 07 B 09896 |
| | Judge: Squires, John H |
| Printed: 3/25/08 | Filed: 6/1/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: February 13, 2008
Confirmed: August 1, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | AMC Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 2. | Cook County Treasurer | Secured | 5,201.75 | 0.00 |
| 3. | AMC Mortgage Services Inc | Secured | 17,143.40 | 0.00 |
| 4. | Nicor Gas | Unsecured | 170.00 | 0.00 |
| 5. | Debbie Nalls | Unsecured | | No Claim Filed |
| 6. | Pay Day Loan Store Of Illinois | Unsecured | | No Claim Filed |
| 7. | MCI Worldcom | Unsecured | | No Claim Filed |
| 8. | Alpat Co Inc | Unsecured | | No Claim Filed |
| 9. | Universal Fidelity Corp | Unsecured | | No Claim Filed |
| 10. | Roscoe & Verenice King | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 22,515.15 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | _____ |
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** King, Donna Marie | Case Number: 07 B 09896 |
| | Judge: Squires, John H |
| Printed: 3/25/08 | Filed: 6/1/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                    Marilyn O. Marshall, Trustee, by:

